**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 359 MAL 2021

           Respondent                 :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                      :

                                 :

VICTOR ROJAS-ROLON,             :

                                 :

           Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**. The Application for Leave to File *Amicus* Brief is also **DENIED**.